

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-18-00523-CV

**OHIO DEVELOPMENT, LLC.,**
Appellant

v.

**TAPATIO SPRINGS HOMEOWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-405CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the appellees Renewed Motion for En Banc Reconsideration, and the motion is DENIED.

_Irene Rios_
_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2020.



Michael A. Cruz,
Clerk of Court